IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JEROME GREER-EL, #185535, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:21-CV-513-WKW |
| | ) | [WO] |
| MIKE WELDON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# **ORDER**

Before the court is Plaintiff's *pro se* motion for "relief from void judgment pursuant to Fed. R. Civ. P. 60(B)." (Doc. # 10.) The motion is construed as an objection to the orders of the magistrate judge and a motion for an Article III judge to handle all matters in this case. The objection is due to be overruled, and the motion is due to be denied.

Pursuant to 28 U.S.C. § 636(b)(1) and (3), the magistrate judge has been designated by this court to enter orders on certain pretrial matters and to enter proposed findings of fact and a recommendation to the district judge for disposition of the petition. Based upon Plaintiff's objections (Doc. # 5), the recommendation entered on September 14, 2021 (Doc. # 6) was withdrawn. The district judge will decide whether to adopt any future recommendations of the magistrate judge after giving Plaintiff and Defendants an opportunity to make objections. The provisions

requiring the parties to consent to a magistrate judge's jurisdiction do not apply when the district judge retains final authority to decide the case.

Accordingly, it is ORDERED that Plaintiff's objections to the orders of the magistrate judge (Doc. # 10) are OVERRULED and that his motion for an Article III judge to handle all matters in this case (Doc. # 10) is DENIED.

DONE this 18th day of October, 2021.

                                                  /s/ W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE