IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JEROME GREER El, #185 535, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:21-CV-513-WKW |
| | ) | [WO] |
| MIKE WELDON, | ) | |
| RAY D. MARTIN, | ) | |
| DEBORAH H. BIGGERS, | ) | |
| ANDRE BRUNSON, | ) | |
| GEORGE B. BULLS, II, | ) | |
| JOSHUA BONNER, | ) | |
| B. J. MCCULLOUGH, and | ) | |
| STATE OF ALABAMA, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the court is the Recommendation of the Magistrate Judge (Doc. # 17) to which no timely objections have been filed. After an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that this action is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE this 12th day of January, 2022.

                                              /s/ W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE